UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIAL WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>STATE OF NEVADA, et al.<br><br>        Respondents. | Case No. 2:24-cv-02071-RFB-NJK<br><br>**EXTENSION ORDER** |

    This habeas matter is before this Court on pro se Petitioner Gabrial Williams's motion for an extension of time to respond to the order to show cause. (ECF No. 4.) This is Williams's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 4) is granted. Williams has up to and including June 30, 2025, to file his response.

**DATED:** April 21, 2025

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**